CHARLES SHAFF and Others, Respondents, v. HAROLD THORNER and Another, Appellants, and Others, Defendants.— Order reversed, without costs, and defendants' default in failing to file their answers within the time specified opened, upon the ground that the order deeming the answers abandoned was without authority and should have been vacated. The original order of December ninth was merely a direction to file the answers without imposing any penalty. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concurred.

SARAH E. UPDIKE, Appellant, v. ARTHUR J. MACE and JAMES EDWARD RICE, as Executors, etc., of MALINDA G. MACE, Deceased, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.